Waiver of Indictment

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :

v.  :  CRIMINAL NO. 17-491

INTERCEPT CORPORATION  :
d/b/a "InterceptEFT"

Intercept Corporation, the above named defendant, who is accused of

> 18 U.S.C. § 1960(a), (b)(1)(C) (operating an illegal money transmission business) (1 count)

being advised of the nature of the charge and her rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
ON BEHALF OF INTERCEPT

_____
Witness

10/3/17
Date:

_____
RICHARD J. ZACK, ESQ.
FRANCIS A. WEBER, ESQ.
Counsel for Defendant